Blanche Elizabeth Burke, Plaintiff-Appellant, v. Robert L. Squire, as Trustee of the Charles P. Squire Living Trust, et al., etc., Defendants-Appellees.

Gen. No. 47,841.

First District, Second Division.
April 13, 1960.
Rehearing denied May 12, 1960.

John A. Brown,

for appellant; Barnard and Barnard, for Robert L. Squire, et al., Wisch and Crane, for Dr. Gilbert H. Marquardt, Bradley, Pipin, Vetter, and Eaton, for Sylvia Squire Walker, Kirkland, Ellis, Hodson, Chaffetz, and Masters (Morton John Barnard, Benjamin B. Crane, and Thomas D. Allen, of counsel) for appellees. Opinion by JUSTICE KILEY. Not to be published in full.